# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDELL LAWSON,<br>    Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA and<br>POLICE OFFICER REUBEN ONDARZA,<br>Badge No. 2004,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-4228 |

## O R D E R

**AND NOW**, this 7th day of January, 2020, upon consideration of defendant City of Philadelphia's Motion for Summary Judgment (Document No. 20, filed July 11, 2019), Plaintiff's Response to Defendant City of Philadelphia's Motion for Summary Judgment (Document No. 21, filed July 30, 2019), and defendant City of Philadelphia's Reply in Support of its Motion for Summary Judgment (Document No. 22, filed August 7, 2019), for the reasons stated in the accompanying Memorandum dated January 7, 2020, **IT IS ORDERED** that defendant City of Philadelphia's Motion for Summary Judgment, with respect to Count II of the Amended Complaint is **GRANTED**. Count II of the Amended Complaint is **DISMISSED WITH PREJUDICE**. Counts I and III of the Amended Complaint against Police Officer Reuben Ondarza remain.

**IT IS FURTHER ORDERED** that defendant City of Philadelphia is **DISMISSED** from the case and shall be **REMOVED** from the caption.

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**
                _____
                 DuBOIS, JAN E., J.